STATE OF OREGON,
*Respondent,*

*v.*

CARY N. TILLACK,
*Appellant.*

(92-1771, 92-1834; CA A78695 (Control), A78696)
(Cases Consolidated)

862 P2d 1318

Helen Lenore Cooper argued the cause for appellant. With her on the brief was Ferder, Ogdahl, Brandt & Casebeer.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. ORS 138.222(2)(d); *State v. Adams,* 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn,* 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston,* 120 Or App 165, 851 P2d 1156 (1993).